AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Oregon

United States of America
v.

GERSON HERNANDEZ-RAMOS

*Defendant(s)*

Case No. 3:26-mj-00234

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 21, 2026 in the county of Multnomah in the District of Oregon, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1) and 841(b)(1)(B) | Possession with intent to distribute 40 grams or more of a mixture and substance containing fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See affidavit of FBI Special Agent Bobby Gutierrez which is attached and incorportated fully by reference

☑ Continued on the attached sheet.

/s/ Bobby Gutierrez by phone
*Complainant's signature*

Bobby Gutierrez, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/22/2026

*Judge's signature*

City and state: Portland, Oregon

Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*